U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Dec 31 - 2025
John M. Domurad, Clerk

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| Khushdeep Kaur, | ) | Case No. 8:25-MJ-440 (PJE) |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 31, 2025, in the county of Clinton in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Improper entry by an alien, any alien who enters or attempts to enter the United States at any time or place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_Complainant's signature_

Alex J. Espinoza, Border Patrol Agent
_Printed name and title_

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 12/31/2025

_Judge's signature_

City and State: Albany, NY

Hon. Paul J. Evangelista, U.S. Magistrate Judge

*United States of America v.* Khushdeep Kaur

On December 31, 2025, at approximately 03:07 a.m., Swanton Sector Dispatch, informed Border Patrol Agents at the Champlain Station that New York State Police (NYSP) were out with two women on State Route 22 and Gilbert Road located in Mooers, New York. NYSP had one woman detained in their vehicle and another was located at a nearby house. Agents responded and approached these women, later identified as Kushdeep KAUR and S.S., they identified themselves as United States Border Patrol Agents and questioned them as to their citizenship.

KAUR stated that she was a citizen of India and only had immigration documents for Canada but not the United States. S.S. only stated that she was a citizen of India. Both women were covered in snow and burdocks and claimed they had been walking through the snow and down the roads for two hours. The agents were also informed that the women had been knocking on residences and requesting help and admission into the nearby homes. Both women were placed under arrest and transported to the Champlain Border Patrol Station for further investigation.

At the station, KAUR and S.S.'s biographical information and fingerprints were entered into Department of Homeland Security databases. It was confirmed that KAUR and S.S. are citizens of India and did not have any documentation that would allow them to be within the United States legally.

KAUR had no previous criminal or immigration history in the United States.

A *Mirandized* interview was conducted by Champlain Border Patrol Agents and was audio recorded. First KAUR stated she did not want a lawyer but wanted to call her best friend. When questioned how her best friend would help at this time, KAUR stated she crossed the border because she had personal issues. KAUR explained she lived in Canada as a student for almost two years. KAUR stated her husband is in India and she is alone in Canada and that's why she crossed the border, knowing it was illegal, to be with her best friend. KAUR then stated she wanted a lawyer but first she wanted to talk to her best friend.

KAUR is a citizens of India, and all citizens of India are required to apply for a visa or other immigration documents before entering the United States. KAUR illegally entered the United States at a place not designated as a port of entry and therefore was not inspected nor admitted into the United States. Had KAUR presented herself for inspection she would not have been admitted because she had not been previously granted a visa to enter the United States.